# LAW OFFICES OF JOEL B. RUDIN, P.C.

600 FIFTH AVENUE
10TH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: (212) 752-7600
FACSIMILE: (212) 980-2968
E-MAIL: jbrudin@rudinlaw.com

March 25, 2016

**ECF**
Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Nnodimele v. DeRienzo, et al.*
           No. 13-CV-3461 (ARR) (RLM)

Dear Judge Mann:

As the Court is aware, I represent plaintiff in the above-referenced matter.

I am writing Your Honor to request that the Court issue an Order to remove Thomas C. Viles and Steven R. Aquino from the list of ECF notifications in this case. Both Mr. Viles and Mr. Aquino are no longer with my Firm.

Thank you for your consideration.

                              Respectfully submitted,

                              Joel B. Rudin

JBR/tp

cc:   Susan P. Scharfstein, Esq.
       Karl J. Ashanti, Esq.
       Assistants Corporation Counsel