UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

MARTIN NNODIMELE,

                                                  Plaintiff,

                  -against-

DONALD DERIENZO and EDWARD GARRITY, in their
individual capacities,

                                              Defendants.
----------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13 CV 3461 (ARR) (RLM)

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
July 29, 2016

JOEL B. RUDIN
*Attorney for Plaintiff*
600 Fifth Avenue, 10th Floor
New York, New York 10020

By: _____
　　Joel B. Rudin

Emery Celli Brinckerhoff & Abady LLP
*Attorneys for Plaintiff*
600 Fifth Avenue, 10th Floor
New York, New York 10020

By: _____
　　Ilaan M. Maazel

ZACHARY W. CARTER
Corporation Counsel of the
　City of New York
*Attorney for Defendants DeRienzo and
　Garrity*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
　　Joshua J. Lax
　　*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

Dated: _____, 2016

2